# EXHIBIT A
## LLC Plaintiffs in Which the Debtor Holds a Direct or Indirect Interest







# EXHIBIT B
## LLC Plaintiffs in Which the Debtor Does Not Hold an Interest



# EXHIBIT C
## Percentage of Debtor's Interest by Property Address

| ADDRESS | DIRECT OWNER | Debtor's % Interest | Non-Debtor Owners |
|---|---|---|---|
| 1437 N. Prospect Ave. | Integral Investment Prospect, LLC | 50 | Donald J. Gral |
| 505 W. Silver Spring Dr. | Integral Investment Silver Spring, LLC | 50 | Donald J. Gral |
| 2314 Wyoming Place | Integral 2314 Wyoming, LLC | 50 | Donald J. Gral |
| 2545 N. Stowell Ave. | Integral 2545 Stowell, LLC | 37.5 | Donald J. Gral<br>Pat Gallagher |
| 9233 N. Green Bay Ave. | Gral Investment Company, LLC | 25 | Donald J. Gral<br>Donald A. Gral<br>Louis Gral |
| 252 E. Highland Ave. | GG 252 Highland, LLC | 33.33 | Pat Gallagher<br>4 individuals |
| 5650 N. Green Bay Ave. | Glendale Medical Center, LLC | 16.67 (marital) | Julia Gral<br>Donald J. Gral<br>Daniel Walsh<br>Carol Walsh<br>Margolis Estate |
| 1429 N. Prospect Ave. | LDG Investments, LLC | -0- | Donald A. Gral<br>Louis Gral |
| 2508 N. Stowell Ave. | LDG Investments, LLC | -0- | Donald A. Gral<br>Louis Gral |
| 204/206 Williamsburg Dr. | LDG Investments, LLC | -0- | Donald A. Gral<br>Louis Gral |
| 5201-5219 Howard Ave. | LDG Investments, LLC | -0- | Donald A. Gral<br>Louis Gral |
| 3939 N. Murray Ave. | GG 3939, LLC | -0- | Donald A. Gral<br>Louis Gral<br>Pat Gallagher |