```
                              United States Bankruptcy Court
                               Eastern District of Wisconsin
Gral,
           Plaintiff                                                   Adv. Proc. No. 17-02277-gmh

Gral,      Defendant
                                    CERTIFICATE OF NOTICE
District/off: 0757-2            User: jam                  Page 1 of 2         Date Rcvd: Jul 19, 2019
                                Form ID: pdfhrg            Total Noticed: 42


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 21, 2019.
intp          +CWD Equity, LLC,    4024 North Stowell Avenue,    Shorewood, WI 53211-2132
pla           +CWD Equity, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
pla           +Donald A Gral,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +Donald A. Gral,    5530 Scenic Drive,    West Bend, WI 53095-8774
pla           +Donald J. Gral,    6311 N. Berkeley Blvd,    Milwaukee, WI 53217-4334
intp          +GG 252 Highland, LLC,    252 East Highland Avenue,    Milwaukee, WI 53202-3131
pla           +GG 252 Highland, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
pla           +GG 3939, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +GG 3939, LLC,    1437 North Prospect Avenue, Suite 100,    Milwaukee, WI 53202-3051
intp          +Gallagher Gral, LLC,    1437 North Prospect Avenue, Suite 100,    Milwaukee, WI 53202-3051
pla           +Gallagher Gral, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +Glendale Medical Center, LLC,    1437 North Prospect Avenue, Suite 100,
                Milwaukee, WI 53202-3051
pla           +Glendale Medical Center, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +Glendale Medical Investments, LLC,    1437 North Prospect Avenue, Suite 100,
                Milwaukee, WI 53202-3051
pla           +Glendale Medical Investments, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
pla           +Gral Investment Company, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +Gral Investment Company, LLC,    1437 North Prospect Avenue, Suite 100,
                Milwaukee, WI 53202-3051
intp          +Integral 2314 Wyoming, LLC,    1437 North Prospect Avenue, Suite 100,    Milwaukee, WI 53202-3051
pla           +Integral 2314 Wyoming, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +Integral 2545 Stowell,    1437 North Prospect Avenue, Suite 100,    Milwaukee, WI 53202-3051
pla           +Integral 2545 Stowell, LLC,    c/o Leverson Lucey & Metz S.C.,    Milwaukee, WI 53211-4211
intp          +Integral Investments Prospect,,    1437 North Prospect Avenue, Suite 100,
                Milwaukee, WI 53202-3051
pla           +Integral Investments Prospect, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
pla           +Integral Investments Silver Spring, LLC,    c/o Leverson Lucey & Metz S.C.,
                3030 W. Highland Blvd,    Milwaukee, WI 53208-3246
intp          +Integral Investments Silver Spring, LLC,    1437 North Prospect Avenue, Suite 100,
                Milwaukee, WI 53202-3051
pla           +Integral Investments, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +Integral Investments, LLC,    1437 North Prospect Avenue, Suite 100,    Milwaukee, WI 53202-3053
intp          +Integral Management Company, LLC,    1437 North Prospect Avenue, Suite 100,
                Milwaukee, WI 53202-3051
pla           +Integral Management Company, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
pla           +Integral Medical, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +Integral Medical, LLC,    1437 North Prospect Avenue, Suite 100,    Milwaukee, WI 53202-3051
pla           +Integral Services, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +Integral Services, LLC,    1437 North Prospect Avenue, Suite 100,    Milwaukee, WI 53202-3053
intp          +Integral, LLC,    1437 North Prospect Avenue, Suite 100,    Milwaukee, WI 53202-3053
pla           +Integral, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, wi 53208-3246
pla           +LDG Investments, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
intp          +LDG Investments, LLC,    1429 North Pospect Avenue,    Milwaukee, WI 53202-3042
dft           +Michael A. Gral,    6823 N. Barnett Lane,    Fox Point, WI 53217-3602
inv           +Official Committee of Unsecured Creditors of Micha,    Kaplan Saunders Valente & Beninati LLP,
                Jeffrey E. Altshul,    500 N. Dearborn St.,    Second Floor,    Chicago, Il 60654-3300
intp          +Prospect Avenue Holdings, LLC,    1437 North Prospect Avenue, Suite 100,
                Milwaukee, WI 53202-3051
pla           +Prospect Avenue Holdings, LLC,    c/o Leverson Lucey & Metz S.C.,    3030 W. Highland Blvd,
                Milwaukee, WI 53208-3246
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion11.mi.ecf@usdoj.gov Jul 20 2019 02:31:33    Office of the U. S. Trustee,
               517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510
                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2019 at the address(es) listed below:
              Jeffrey E Altshul    on behalf of Intervenor    Official Committee of Unsecured Creditors of
               Michael A. Gral  jaltshul@kaplansaunders.com, scurtis@kaplansaunders.com
              John F. Hiltz    on behalf of Intervenor    Official Committee of Unsecured Creditors of Michael A.
               Gral  jhiltz@hzlawgroup.com,  info@hzlawgroup.com
              Jonathan V. Goodman    on behalf of Defendant Michael A. Gral  jgoodman@ameritech.net
              Mark L. Metz    on behalf of Plaintiff    Integral Services, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Integral, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Glendale Medical Center, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Integral 2545 Stowell, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    CWD Equity, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff Donald A Gral  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Prospect Avenue Holdings, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Gral Investment Company, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    LDG Investments, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    GG 252 Highland, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Integral Investments Prospect, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Integral Investments Silver Spring, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Integral 2314 Wyoming, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Integral Management Company, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Glendale Medical Investments, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff Donald J. Gral  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Integral Medical, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    GG 3939, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Integral Investments, LLC  mlm@levmetz.com
              Mark L. Metz    on behalf of Plaintiff    Gallagher Gral, LLC  mlm@levmetz.com
              Susan K. Allen    on behalf of Plaintiff Donald J. Gral  sallen@staffordlaw.com,
               nhaselwood@staffordlaw.com
                                                                                           TOTAL: 24

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 18, 2019



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
## Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 7 |
| DATE: | July 18, 2019 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 16-21329 |
| DEBTOR: | Michael A. Gral |
| NATURE OF HEARING: | 1. Chapter 7 trustee's application to employ Nathaniel Cade and Cade Law Group, LLC, as attorney for the trustee |
| | 2. Status hearing on Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc. |
| | 3. United States trustee's motion for an order extending the deadline for the United States trustee and the chapter 7 trustee to file an action under 11 U.S.C. §727 |
| ADV. CASE NO.: | 16-2182 |
| PLAINTIFF: | Bielinski Bros. Builders, Inc. |
| DEFENDANT: | Michael Gral |
| NATURE OF HEARING: | Status hearing |
| ADV. CASE NO.: | 17-2277 |
| PLAINTIFF: | Donald A. Gral, et. al |
| DEFENDANT: | Michael A. Gral, et. al |
| NATURE OF HEARING: | Status hearing |

| | |
|---|---|
| ADV. CASE NO.: | 18-2221 |
| PLAINTIFF: | Park Bank |
| DEFENDANT: | Michael A. Gral |
| NATURE OF HEARING: | Status hearing |
| APPEARANCES: | Jonathan Goodman, appearing for the debtor |
| | Michael Gral, debtor |
| | Laura Steele, appearing for the United States trustee |
| | Nina Beck, appearing for Bielinski Bros. Builders, Inc. |
| | Mark Metz, appearing on behalf of all plaintiffs except for D.J. Gral in Adv. Proc. No. 17-2277, Gral v. Gral |
| | Susan Allen, appearing for Donald J. Gral in Adv. Proc. No. 17-2277, Gral v. Gral |
| | Donald J. Gral |
| | Steven McDonald, chapter 7 trustee |
| | Nathaniel Cade, proposed counsel for chapter 7 trustee |
| | L. Katie Mason, appearing for Park Bank in Adv. Proc. No. 18-2221 |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Shay A. Agsten |

On July 18, 2019, the court held several hearings in cases related to *In re Michael A. Gral*, Case No. 16-21329. A recording of the hearings is posted to the docket.

### 1. Status hearing in Adv. Proc. No. 16-2182, Bielinski Bros. Builders Inc. v. Gral

Plaintiff agreed that this matter should continue to be stayed pending the conclusion of the section 341 meeting of creditors in Michael Gral's chapter 7 case. The court ordered that this matter will continue to be stayed and scheduled a status hearing for August 19, 2019 at 3:00 p.m. in Courtroom 133 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Parties may appear in person or by telephone. To appear by telephone, you must call the court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

2. **Status hearing on Michael Gral's objection to claim number 10 of Bielinski Bros. Builders, Inc.**

The court adjourned this status hearing to August 19, 2019 at 3:00 p.m. in Courtroom 133 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Parties may appear in person or by telephone.

3. **Continued hearing on the chapter 7 trustee's application to employ Nathaniel Cade and Cade Law Group, LLC**

The court held a continued hearing on the chapter 7 trustee's application to employ Nathaniel Cade and Cade Law Group, LLC. The trustee and Mr. Cade informed the court that they have agreed to change the requested compensation for Mr. Cade's services from an hourly rate to a contingency fee. Accordingly, the court noted that the application to employ would need to be amended. The court shortened the notice period of the anticipated amended application to seven days' notice.

4. **Status hearing in Gral v. Gral, Adv. Proc. No. 17-2277**

For the reasons stated on the record, the court set an adjourned hearing in this matter to August 19, 2019 at 3:00 p.m. in Courtroom 133 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Parties may appear in person or by telephone.

The trustee is authorized to engage in discovery during this time. At the adjourned hearing the estate must be prepared to provide the court with a meaningful explanation of the estate's contemplated theories of recovery; the means, scope, and timing of discovery; contemplated motion practice; willingness to engage in mediation; and time required to have the matter prepared for trial. In addition, the parties should be prepared to address all matters discussed at the July 18, 2019 hearing on this adversary proceeding, and additionally must be prepared to address all of the matters described in Federal Rule of Civil Procedure 16(c)(2).

The examiner, Mr. Dubis, must make available to the trustee and trustee's counsel all documents received or created in his capacity as examiner.

5.  **Park Bank v. Gral, Adv. Proc. No. 18-2221**

The parties informed the court that they would be requesting dismissal of this proceeding soon.

6.  **Ruling on the United States trustee's motion for an order extending the deadline for the United States trustee and the chapter 7 trustee to file an action under 11 U.S.C. §727**

Although not initially on the court's calendar for a hearing on July 18, the court discussed with the United States trustee the motion for an order extending the deadline for the United States trustee and the chapter 7 trustee to file an action under 11 U.S.C. §727.

For the reasons stated on the record, the court granted the United States trustee's motion in part and extended the deadline for the United States trustee and chapter 7 trustee to file an action under 11 U.S.C. §727 to August 30, 2019. The court stated that it would allow the United States trustee to seek a further extension of that deadline, but any further request for an extension must be filed on or before August 16, 2019. If the United States trustee files a request for another extension by August 16, the court will hold a hearing on that request on August 19, 2019, at 3:00 p.m. in Courtroom 133 of the United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin. Parties may appear in person or by telephone.

# # # # #